IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| MATTHEW S. BACA and ERIC RIVERA, | § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. 7:17-cv-00211-RAJ |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | § § § § | |
| Defendant. | § | |

**AGREED STIPULATION OF DISMISSAL OF ALL CLAIMS**
**WITH PREJUDICE**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, Matthew S. Baca and Eric Rivera ("Plaintiffs"), and Travelers Property and Casualty Company of America ("Defendant"), and file this Agreed Stipulation of Dismissal of All Claims with Prejudice. The parties would respectfully show the Court as follows:

1. This Stipulation of Dismissal is being filed and submitted pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), which provides that a cause of action may be dismissed by the plaintiff without order of the court "by filing a stipulation of dismissal signed by all parties who have appeared in the action."

2. The only parties to the above styled and numbered adversary proceeding are the Plaintiffs, Matthew S. Baca and Eric Rivera, and Defendant, Travelers Property Casualty Company of America. The parties hereby announce to the Court that they no longer wish to pursue the claims made the basis of this lawsuit. Accordingly, the parties hereby stipulate by this

instrument that all claims as to Defendant Travelers Property Casualty Company of America are dismissed with prejudice in the above styled and numbered adversary proceeding.

Respectfully submitted,

By: */s/ Jacquelyn Chandler*
    Jacquelyn Chandler
    State Bar No. 24001866
    J. Richard Harmon
    State Bar No. 0902070

THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:   (214) 871-8200
Facsimile:    (214) 871-8209
Email:   jchandler@thompsonsoce.com
        rharmon@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT**

*/s/Jon Hanna (w/permission)*
Jon Hanna
State Bar No. 08919200

HANNA LAW FIRM, P.C.
319 N. Grant Ave. Odessa, Texas 79761
Telephone:       (432) 580-4878
Facsimile:         (432) 337-7383
jon@hannalawfirm.com

**ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

  This is to certify that on March 29, 2019, a true and correct copy of the foregoing document has been forwarded to the following counsel in accordance with the FEDERAL RULES OF CIVIL PROCEDURE.

              */s/ Jacquelyn Chandler*
              Jacquelyn Chandler
              J. Richard Harmon